IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS MOFFETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-199-SPB |
| | ) | |
| **JRAYL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

NOW, this 21st day of December, 2021, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS ORDERED that, pursuant to the provisions of 28 U.S.C. §1915(e)(2), the Amended Complaint in the within case shall be, and hereby is, DISMISSED with prejudice and without further leave to amend.

There being no additional claims pending before the Court in the above-captioned case, the Clerk is instructed to mark this civil action "CLOSED."

_____
SUSAN PARADISE BAXTER
United States District Judge